IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TALIBAN, AL-QAEDA,<br>and THE HAQQANI NETWORK,<br><br>*Defendants.* | Misc Action No. 1:21-MC-00110 |

**MOTION OF PLAINTIFFS' FOR ENTRY OF JUDGMENT AGAINST GARNISHEES THE INTERNATIONAL MONETARY FUND AND THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT**

Plaintiffs, John Does 1 through 7, through undersigned counsel, and pursuant to D.C. Code §§ 16-521(a) and 16-526(b), made applicable to these proceedings through Fed. R. Civ. P. 69, and pursuant to section 201 of the Terrorism Risk Insurance Act of 2002, codified at 28 U.S.C. § 1610 note ("TRIA"), hereby move this Court for a Judgment against garnishees the International Monetary Fund ("IMF") and the International Bank of Reconstruction and Development (the "IBRD"), in the amount of $138,418,741, plus interest at the rate applicable pursuant to 28 U.S.C. 1961, and the costs incurred by Plaintiffs in the prosecution of this Motion, and in support state:

1.      Plaintiffs, John Does 1 though 7, were victims of a massive bomb attack by the Taliban, Al-Qaeda, and the Haqqani Network in Kabul, Afghanistan on January 4, 2016.  On that date, Defendants, acting in concert, detonated 3,000 pounds of explosives outside a compound where Plaintiffs, who were working as civilian contractors, were working and staying.  Plaintiffs were within the blast radius and were gravely injured.

1

2. On November 5, 2020, Plaintiffs obtained a Judgment in the United States District Court for the Northern District of Texas against The Taliban, Al-Qaeda, and The Haqqani Network for an amount totaling One Hundred Thirty-Eight Million Four Hundred Eighteen Thousand Seven Hundred Forty-One Dollars and zero cents ($138,418,741) in compensatory damages, jointly and severally for an act of terrorism committed by the Judgment Debtors. *See* Final Default Judgment, *John Does 1 through 7 v. the Taliban, et al.*, No. 20-00605 (N.D. Texas Nov. 5, 2020) (DE 22).

3. The Judgment remains due and owing.

### The IMF Writ

4. On September 17, 2021, the Clerk of the Court issued a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions (the "IMF Writ") to the IMF seeking money, property or credits of the Taliban and/or its agencies and instrumentalities, including but not limited to Da Afghanistan Bank. *See* Exhibit A.

5. On September 23, 2021, Plaintiffs served the IMF with the IMF Writ via process server at 700 19th Street, N.W., Washington, DC 20431.

6. On September 29, 2021, Plaintiffs filed an Affidavit of Service evidencing service of the IMF Writ. DE 4.

7. To this day, the IMF has not responded to the Writ of Attachment and/or the Interrogatories in aid of execution they were served with pursuant to D.C. Code §§ 16-521(a).

### The IBRD Writ

8. On September 17, 2021, the Clerk of the Court issued a Writ of Attachment on Judgment Other Than Wages, Salary and Commissions (the "IBRD Writ") to the IBRD seeking

money, property or credits of the Taliban and/or its agencies and instrumentalities, including but not limited to Da Afghanistan Bank. *See* Exhibit B.

9. On September 23, 2021 Plaintiffs served the IBRD with the IBRD Writ via process server at World Bank, 1818 H Street., N.W., Washington D.C. 20433.

10. On September 29, 2021, Plaintiffs filed an Affidavit of Service evidencing service of the IBRD Writ. DE 5.

11. On September 27, 2021, counsel for the World Bank Group sent a letter addressed to undersigned counsel requesting that the IBRD Writ be withdrawn.

12. On September 28, 2021, undersigned counsel and counsel for the World Bank Group had a telephonic conversation regarding the IBRD Writ.  Undersigned counsel informed counsel for the World Bank Group that Plaintiffs would not withdraw the writ.

## Failure to Comply by The IMF and The IBRD

13. Pursuant to DC code § 16-521, both garnishees, the IMF and the IBRD, were instructed by the writs that they "[were] required by law to file answers to the [ ] interrogatories within ten (10) days after service of the writ...". Both, the IMF and the IBRD failed to answer to the interrogatories or in the alternative, "appear and show cause why a judgment of condemnation should not be entered." *Id*.

14. In accordance with Fed. R. Civ. P. 6, the IMF and the IBRD were required to file answers to the interrogatories by the end of the day on October 4, 2021, during which period, and to the present, no answers have been filed.

15. D.C. Code § 16-526(b) requires that when "the garnishee has failed to answer the interrogatories … judgment shall be entered … for the whole amount of plaintiff's claim, and costs…".

WHEREFORE, Plaintiffs request that judgment be entered against Garnishees, the IMF and the IBRD, in the amount of $138,418,741, plus interest at the rate applicable pursuant to 28 U.S.C. §1961, 0.12%, and the costs incurred by Plaintiffs in the prosecution of this Motion.

Dated: October 12, 2021

> Respectfully submitted,
>
> **do Campo & Thornton, P.A.**
> Chase Bank Building
> 150 S.E. 2nd Avenue, Ste. 602
> Miami, Florida 33131
> Telephone: (305) 358-6600
> Facsimile: (305) 358-6601
>
> By:   s/ *John Thornton*
>       John Thornton
>       Florida Bar No. 004820
>       jt@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2021, a true and correct copy of the foregoing document was served on the IMF and the IBRD via U.S. Mail at 700 19th Street, N.W., Washington, DC 20431 and 1818 H Street, NW, Washington, DC, 20433, respectively. No service is required on Defendants the Taliban, Al-Qaeda, and the Haqqani Network, which are in default for failing to appear. *See* Fed. R. Civ. P. 5(a)(2).

> s/ *John Thornton*
> John Thornton