IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN DOES 1 THROUGH 7,

              Plaintiff,

     v.

THE TALIBAN, AL-QAEDA, and
THE HAQQANI NETWORK,

            Defendants.

Misc. Action No. 1:21-mc-00110-UNA

## PRAECIPE

The International Monetary Fund's Articles of Agreement[1] are a treaty executed by the United States.  *See* 60 Stat. 1401; 2 UNTS 39.  Since 1945, the Articles have been given full force and effect in the United States by the Bretton Woods Agreements Act, 22 U.S.C. § 286, et seq.  The Articles grant the IMF absolute immunity from judicial process in its member countries:

> *Immunity from judicial process.* The Fund, its property and its assets, wherever located and by whomsoever held, shall enjoy immunity from every form of judicial process except to the extent that it expressly waives its immunity for the purpose of any proceedings or by the terms of any contract.

Art. IX, Section 3; 22 U.S.C. § 286h (giving the immunity provision, and several others, "full force and effect in the United States.").  Those immunity provisions have been authoritatively interpreted by this Court, the District of Columbia Circuit, and the Supreme Court, and those

---

[1] The IMF and its counsel appear specially because the Fund is immune from every form of judicial process pursuant to its Articles of Agreement, Art. IX Section 3, incorporated into the laws of the United States by the Bretton Woods Agreements Act, 22 U.S.C. § 286 et seq.  The Fund reserves all of its privileges and immunities and appears only to assert them and to seek dismissal from this action.

76370778v.1

decisions are instructive here. *Nyambal v. Int'l Monetary Fund*, 772 F.3d 277, 280 (D.C. Cir. 2014); *Jam*, *supra*, 139 S. Ct. at 771-72.

Plaintiffs on October 12 filed a motion for entry of judgment against purported garnishee the IMF. The motion and underlying garnishment request are defective and unenforceable as to the IMF given its absolute immunity from every form of judicial process. Indeed, it is immune from service of such process and the IMF has never been served with process in this action.

We sent the attached letter of even date (Exhibit A) to counsel for the plaintiffs advising him of the Fund's immunities and requesting he dismiss the IMF from this action.

Despite the representations in the motion for entry of judgment (ECF 6), the IMF is immune from service of process, it has never been served, and the IMF appears specially only to advise the Court of its immunity and ultimately seek dismissal of the IMF from this action if plaintiffs do not dismiss the IMF.

Dated:  October 15, 2021                        Respectfully submitted,

                                                SEYFARTH SHAW LLP

                                    By:     */s/ James R. Newland, Jr.*
                                            James R. Newland, Jr. (DC Bar No. 477804)
                                            Bret C. Marfut (DC Bar No. 888144675)
                                            SEYFARTH SHAW LLP
                                            975 F Street, N.W.
                                            Washington, DC  20004
                                            Telephone:  (202) 463-2400
                                            Facsimile:  (202) 828-5393
                                            jnewland@seyfarth.com
                                            bmarfut@seyfarth.com

                                            *Attorneys for the International Monetary
                                             Fund, Appearing Specially*

76370778v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2021, the foregoing document was filed with the

Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure and/or the

District's Local Rules, and/or the District's Rules on Electronic Service, upon the following

parties and participants via U.S. Mail:

John Thornton, Esq.
do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. 2nd Avenue, Ste.602
Miami, Florida 33131

*Attorneys for Plaintiffs*

<u>*/s/ James R. Newland, Jr.*</u>
James R. Newland, Jr.

76370778v.1