CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

John Does 1 through 7
_____

The Taliban, Al-Qaeda, and The Haqqani Network
_____

Plaintiff(s)                          vs                          Defendant(s)

CIVIL ACTION NO. 21-mc-00110 _____
WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To  International Monetary Fund _____

_____Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s),* are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on November 5, 2020 _____ in the amount of One hundred thirty eight million, four hundred eighteen thousand, seven hundred and forty one Dollars _____ ($ 138,418,741.00 ) and the costs amounting to $

__TBD_____ with interest at __0.12_____% from

__November 5, 2020_____ less credits of $ _0.00_____.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs.

Witness the Honorable Chief Judge of said Court, this __17th_____ day of __September_____,

__2021_____.

Angela D. Caesar, Clerk

By _/s/ Simone Bledsoe_____
Deputy Clerk

_____
Attorney for Plaintiff
 John Thornton, Esq.
 District of Columbia Bar No.: 980680
 E-mail: jt@dandtlaw.com
Address: 150 S.E. 2nd Avenue, Ste. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

**\*Or the agency or instrumentality of the Defendant as defined by Section 201(a) of the Terrorism Risk Insurance Act of 2002, 28 U.S.C. § 1610 note, including but not limited to Da Afghanistan Bank**

**INTERROGATORIES IN ATTACHMENT**

**<u>NOTICE</u>**

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

      The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

      If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.     Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s)*, and, if so, how, and in what amount?

      ANSWER _____

_____

_____

_____

_____

2.     Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s)* in you possession or charge, and, if so, what?

      ANSWER _____

_____

_____

_____

_____

      I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____               _____

                                                Garnishee

**\*Or the agency or instrumentality of the Defendant as defined by Section 201(a) of the Terrorism Risk Insurance Act of 2002, 28 U.S.C. § 1610 note, including but not limited to Da Afghanistan Bank**