## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOES 1 THROUGH 7,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE TALIBAN, AL-QAEDA, and THE HAQQANI NETWORK,<br><br>*Defendants*. | No. 21-mc-00110 (DLF) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the International Monetary Fund's Motion to Dismiss (which the Court construed as a Motion to Quash Service of Process), Dkt. 14, is **GRANTED**. It is further

**ORDERED** that the International Bank for Reconstruction and Development's Motion to Quash Writ of Attachment, Dkt. 19, is **GRANTED**. It is further

**ORDERED** that the plaintiffs' Motion for Entry of Final Judgment, Dkt. 6, is **DENIED**. The clerk of court is directed to close this case.

**SO ORDERED.**

September 8, 2022

DABNEY L. FRIEDRICH
United States District Judge